UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-1004-JST (ANx)                                    Date:  June 25, 2012
Title:  Nhong Thi Nguyen v. MTC Financial, Inc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Nancy Boehme   |   N/A   |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

   This action was filed in this Court on June 19, 2012.  However, it appears that the Court may lack subject matter jurisdiction.  Jurisdiction is asserted on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331 but it does not appear that any of the claims "arise under" federal law.  Plaintiff references "the laws of United States Federal Security and Exchange Commission," but the only two claims asserted are trespass and quiet title, both of which are state law claims.

   Accordingly, the Court orders Plaintiff to show cause in writing no later than **July 9, 2012**, why this action should not be dismissed without prejudice for lack of subject matter jurisdiction.  Failure to respond by the above date will result in the Court dismissing this action.  The Court further orders that Plaintiff shall promptly serve this minute order on any defendant who has been served with the Complaint, or who is served before the date specified above.

                                                                                    Initials of Preparer:  nkb